DELIA KEANE, Appellant, *v.* JOSEPH ROSENZWEIG et al., Respondents.

Argued October 26, 1938; decided November 29, 1938.

*James Rosthal, Michael H. Grae* and *Milton S. Klaw* for appellant.

*Stanley A. Katcher* and *Samuel Poses* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: LOUGHRAN and RIPPEY, JJ.